# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISIAH A. JONES, III, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| | : | |
| GEICO CHOICE INSURANCE | : | |
| COMPANY, | : | |
| *Defendant* | : | |

| | | |
|---|---|---|
| MICHAEL PURCELL, JR., | : | |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| GEICO CASUALTY COMPANY, | : | |
| *Defendant* | : | No. 22-558 |

## ORDER

**AND NOW**, this 27th day of July, 2022, upon consideration of Plaintiff Isiah Jones, III's Complaint (Case No. 22-558, Doc. No. 1-1), Defendant GEICO Choice Insurance Company's Motion to Dismiss (Case No. 22-558, Doc. No. 6), Mr. Jones's Response in Opposition (Case No. 22-558, Doc. No. 9), GEICO's Reply (Case No. 22-558, Doc. No. 12), Mr. Jones's Sur-Reply (Case No. 22-558, Doc. No. 13), Plaintiff Michael Purcell, Jr.'s Complaint (Case No. 22-825, Doc. No. 1-1), Defendant GEICO Casualty Company's Motion to Dismiss (Case No. 22-825, Doc. No. 7), Mr. Purcell's Response in Opposition (Case No. 22-825, Doc. No. 8), GEICO's Reply (Case No. 22-825, Doc. No. 11) and Mr. Purcell's Sur-Reply (Case No. 22-825, Doc. No. 12) it is hereby **ORDERED** that:

1. GEICO's Motions to Dismiss (Case No. 22-558, Doc. No. 6; Case No. 22-825, Doc. No. 7) are **GRANTED**;

2. Mr. Jones's and Mr. Purcell's Complaints (Case No. 22-558, Doc. No. 1-1; Case No. 22-825, Doc. No. 1-1) are **DISMISSED WITHOUT PREJUDICE**; and

3. If either Mr. Jones or Mr. Purcell wishes to seek leave to amend his complaint, he must **FILE** a motion seeking leave to file an amended complaint within **30 days** of this Order; after 30 days, this case will be dismissed for failure to prosecute.[1]

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] "[T]o request leave to amend a complaint, the plaintiff must submit a draft amended complaint to the court so that it can determine whether amendment would be futile." *Fletcher-Harlee Corp. v. Pote Concrete Contractors, Inc.*, 482 F.3d 247, 252 (3d Cir. 2007).

2