IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ISIAH A. JONES, III,** : | | |
| *Plaintiff* : | **CIVIL ACTION** | |
| v. : | | |
| : | | |
| **GEICO CHOICE INSURANCE** : | | |
| **COMPANY,** : | | |
| *Defendant* : | | |

| | | |
|---|---|---|
| **MICHAEL PURCELL, JR.,** : | | |
| *Plaintiff* : | | |
| : | | |
| v. : | | |
| : | | |
| **GEICO CASUALTY COMPANY,** : | | |
| *Defendant* : | **No. 22-558** | |

# ORDER

**AND NOW**, this 15th day of August, 2022, upon consideration of the Court's Order dismissing the plaintiffs' complaints without prejudice and granting 30 days for plaintiffs to file any motion for leave to amend their complaints (Doc. No. 33) and Plaintiffs' Letter to the Court of August 15, 2022, it is hereby **ORDERED** that the Plaintiffs' Complaints (Case No. 22-558, Doc. No. 1-1; Case No. 22-825, Doc. No. 1-1) are **DISMISSED WITH PREJUDICE** and the Clerk of Court is **DIRECTED** to **CLOSE** this case for all purposes, including statistics.

BY THE COURT:

s/Gene E.K. Pratter

_____
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**